# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

FELIX A. MONGE,

        *Plaintiff*,

vs.

Case No. 12-2269-EFM

ST. FRANCIS HEALTH CENTER, INC.,

        *Defendants*.

## ORDER

Upon consideration of Magistrate Judge O'Hara's Report and Recommendations (Doc. 63) and since no objections were filed, this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own.

ACCORDINGLY, the plaintiff's request to amend the complaint by adding a claim for out-of-pocket medical expenses is DENIED and plaintiff's request to add his wife, Katherine Monge, as a party and add a claim for nursing care rendered by plaintiff's wife is GRANTED.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2013, in Wichita, Kansas.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE